Vincent Galvin (SBN 104448)
Vincent.galvin@bowmanandbrooke.com
Lindsey R. Adams (SBN 260600)
Lindsey.adams@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA 95110
Telephone No.: (408) 279-5393
Fax No.: (408) 279-5845

Attorneys for Defendant
GENERAL MOTORS COMPANY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK E. SHELBY and BEATRICE SHELBY, an individual,<br><br>Plaintiff(s),<br><br>vs.<br><br>GENERAL MOTORS COMPANY, a Delaware corporation, and DOES 1 through 10,<br><br>Defendant(s). | CASE NO. CV12-03808-RMW<br><br>DECLARATION OF ANNE T. LARIN IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) BY GENERAL MOTORS COMPANY |

I, Anne T. Larin, declare as follows:

1. I am the Secretary of General Motors Company.

2. I make the following declaration on personal knowledge, except as to those matters stated on information and belief, and if called to testify to any of these matters, I can do so in a truthful and competent manner. I make this declaration in support of the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) by General Motors Company.

3. The present General Motors Company is a holding company that has no

automotive business operations.

4. General Motors Corporation was the entity responsible for the design, manufacture, marketing and sales of motor vehicles in the United States prior to July 10, 2009. General Motors Corporation filed a voluntary Chapter 11 bankruptcy petition on or about June 1, 2009 and has been liquidated. A copy of this Petition has been attached as Ex. A to the accompanying Request for Judicial Notice.

5. General Motors LLC was known as "General Motors Company" between July 9, 2009 and October 16, 2009, when it converted from a corporation to a limited liability company with a different name. This is shown by the records of the Delaware Secretary of State. On July 10, 2009, General Motors Company (which subsequently became General Motors LLC) acquired substantially all the assets of the Motors Liquidation Company (formerly known as General Motors Corporation).

6. General Motors LLC, which was then, temporarily known as General Motors Company, purchased certain assets and liabilities of General Motors Corporation pursuant to a Master Sales and Purchase Agreement. In the Master Sales and Purchase Agreement, General Motors LLC, then called General Motors Company, assumed the liability of General Motors Corporation for product defect claims arising from incidents that occurred after July 9, 2009. A copy of the Master Sales and Purchase Agreement has been attached as Ex. AA to the accompanying Request for Judicial Notice. General Motors Company thereafter converted to a limited liability company, and changed its name to General Motors LLC.

7. Automotive business operations in the United States are conducted by General Motors LLC, a Delaware limited liability company. General Motors LLC employs all United States based personnel and operates the United States automotive business. This was also true on October 7, 2011.

8. The hierarchical relationship among these companies is shown graphically as follows:

```
           ┌─────────────────────────────────┐
           │    General Motors Company       │
           │      (Holding Company)          │
           └─────────────────────────────────┘
                          │
           ┌─────────────────────────────────┐
           │   General Motors Holdings LLC   │
           │ (Delaware Limited Liability Company) │
           └─────────────────────────────────┘
                          │
           ┌─────────────────────────────────┐
           │       General Motors LLC        │
           │  (Automotive U.S. Operating Company) │
           │ (Delaware Limited Liability Company) │
           └─────────────────────────────────┘
```

9. The October 16, 2009 conversion of General Motors Company to a limited liability company under the name General Motors LLC was part of a reorganization to provide greater financial and organizational flexibility to the organization, which was completed when General Motors LLC transferred all of its assets and liabilities, except for those related to U.S. automotive operations, to its parent, General Motors Holdings, LLC, on October 9, 2009 and November 2, 2009.

10. The only asset held by the current General Motors Company is 100% ownership of the interest in General Motors Holdings LLC.

11. These restructuring activities were described to the Securities and Exchange Commission in a Current Report on Form 8-K filed October 23, 2009. A copy of this Form has been attached as Exhibit B to the accompanying Request for Judicial Notice.

12. General Motors Company is a holding company, which:
   i. Does not engage in any business in the State of California;
   ii. Does not own any property in the State of California;
   iii. Does not have a designated agent for service of process in the State of California;

    iv. Does not have any offices or employees in the State of California;

    v. Does not place any products into the stream of commerce that enter the State of California;

    vi. Has not sold any vehicles or automotive components in the State of California or to any residents of California;

    vii. Did not participate in the design, manufacture, or distribution of the 2008 Chevrolet Tahoe Hybrid that is the subject of plaintiffs' complaint in this matter, or any other vehicle; and

    viii. Has not directed any purposeful act to any resident of the State of California.

I declare under penalty of perjury under the laws of California, Michigan and the United States that the foregoing is true and correct.

Executed this 8th of January 2013 at Detroit, Michigan.

_____
Anne T. Larin