| | |
|---|---|
| 1 | Vincent Galvin (SBN 104448) |
| | Vincent.galvin@bowmanandbrooke.com |
| 2 | Lindsey R. Adams (SBN 260600) |
| | Lindsey.adams@bowmanandbrooke.com |
| 3 | BOWMAN AND BROOKE LLP |
| | 1741 Technology Drive, Suite 200 |
| 4 | San Jose, CA 95110 |
| | Telephone No.: (408) 279-5393 |
| 5 | Fax No.: (408) 279-5845 |
| 6 | |
| 7 | Attorneys for Defendant |
| | GENERAL MOTORS COMPANY |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARK E. SHELBY and BEATRICE SHELBY, an individual, | CASE NO. CV12-03808-RMW |
| Plaintiff(s), | |
| vs. | [] ORDER GRANTING JOINT STIPULATION TO DISMISS GENERAL MOTORS COMPANY, ALLOW AMENDMENT OF PLAINTIFF'S COMPLAINT, AND CONTINUE CASE MANAGEMENT CONFERENCE |
| GENERAL MOTORS COMPANY, a Delaware corporation, and DOES 1 through 10, | |
| Defendant(s). | |

The Court, having read the Stipulation of the Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

1. General Motors Company is hereby dismissed from this action, without prejudice, with each party to bear his, her, or its own fees and costs;

2. Plaintiffs are granted leave to amend their Complaint to name General Motors LLC as a defendant, such amendment shall be filed by _____; and

1897679-WE 1     1     CASE NO CV12-03808-RMW

] ORDER GRANTING JOINT STIPULATION TO DISMISS GENERAL MOTORS COMPANY, ALLOW AMENDMENT OF PLAINTIFF'S COMPLAINT, AND CONTINUE CASE MANAGEMENT CONFERENCE

3. The Case Management Conference set for January 11, 2013 is hereby continued to March 1, 2013 to permit amendment of the complaint and time for General Motors LLC and Plaintiffs to file a Joint Case Management Statement.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

DATED: January ᴳ́__, 2013

By: *Ronald M. Whyte*
The Hon. Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE