| | | |
|---|---|---|
| 1 | Vincent Galvin (SBN 104448) | Garteiser Honea, P.C. |
| 2 | Vincent.galvin@bowmanandbrooke.com<br>Lindsey R. Adams (SBN 260600) | Randall T. Garteiser (SBN 231821)<br>Christopher A. Honea (SBN 232473) |
| 3 | Lindsey.adams@bowmanandbrooke.com<br>BOWMAN AND BROOKE LLP | 44 North San Pedro Road<br>San Rafael, California 94903 |
| 4 | 1741 Technology Drive, Suite 200<br>San Jose, CA  95110 | [Tel.] (415) 785-3762<br>[Fax] (415) 785-3805 |
| 5 | Telephone No.: (408) 279-5393<br>Fax No.:  (408) 279-5845 | randall.garteiser@sftrialattorneys.com<br>chris.honea@sftrialattorneys.com |
| 6 | | |
| 7 | Attorneys for Defendant and Third-Party<br>Plaintiff GENERAL MOTORS LLC | Attorneys for Plaintiffs MARK E. SHELBY<br>and BEATRICE SHELBY and Third-Party<br>Defendant SUSAN SHELBY |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK E. SHELBY and BEATRICE SHELBY,<br>an individual,<br><br>            Plaintiff(s),<br><br>    vs.<br><br>GENERAL MOTORS LLC, and DOES 1 through 10,<br><br>            Defendant(s).<br>_____<br><br>GENERAL MOTORS LLC,<br><br>            Third-Party Plaintiff,<br><br>    vs.<br><br>SUSAN SHELBY, an individual, and ROES 1 through 10, inclusive,<br><br>            Third-Party Defendants. | CASE NO.  CV12-03808-RMW<br><br>[PROPOSED] ORDER TO CONTINUE<br>CASE MANAGEMENT CONFERENCE |

The Court, having read the Stipulation of the Parties, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

The Case Management Conference set for June 28, 2013 at 10:30 AM shall be continued to **September 27, 2013 at 10:30 AM** in order to permit the Parties sufficient time to finalize the settlement terms and submit a stipulated dismissal.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

DATED: June ___, 2013

By: /s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE