| | |
|---|---|
| Vincent Galvin (SBN 104448)<br>Vincent.galvin@bowmanandbrooke.com<br>Lindsey R. Adams (SBN 260600)<br>Lindsey.adams@bowmanandbrooke.com<br>BOWMAN AND BROOKE LLP<br>1741 Technology Drive, Suite 200<br>San Jose, CA  95110<br>Telephone No.: (408) 279-5393<br>Fax No.:  (408) 279-5845<br><br>Attorneys for Defendant and Third-Party Plaintiff GENERAL MOTORS LLC | Garteiser Honea, P.C.<br>Randall T. Garteiser (SBN 231821)<br>Christopher A. Honea (SBN 232473)<br>44 North San Pedro Road<br>San Rafael, California 94903<br>[Tel.] (415) 785-3762<br>[Fax] (415) 785-3805<br>randall.garteiser@sftrialattorneys.com<br>chris.honea@sftrialattorneys.com<br><br>Attorneys for Plaintiffs MARK E. SHELBY and BEATRICE SHELBY and Third-Party Defendant SUSAN SHELBY |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK E. SHELBY and BEATRICE SHELBY, an individual,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>GENERAL MOTORS LLC, and DOES 1 through 10,<br><br>        Defendant(s). | CASE NO.  CV12-03808-RMW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| GENERAL MOTORS LLC,<br><br>        Third-Party Plaintiff,<br><br>    vs.<br><br>SUSAN SHELBY, an individual, and ROES 1 through 10, inclusive,<br><br>        Third-Party Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS, Plaintiffs Mark E. Shelby and Beatrice Shelby ("Plaintiffs"), Defendant and Third-Party Plaintiff General Motors LLC, and Third-Party Defendant Susan Shelby (collectively, "the Parties") have completed a private mediation and conditionally reached a confidential settlement resolving the lawsuit;

WHEREAS, the Parties have requested one only previous continuance of this conference, following the confidential resolution of the matter, via stipulation and order, in order to finalize the terms of the settlement;

WHEREAS the Parties are still in the process of finalizing confidential settlement agreements, the delay of which is due to a need to resolve the outstanding issues of third parties, and is not due to undue delay on the part of any Parties;

WHEREAS, upon the resolution of these issues and the completion of settlement terms, the Parties will promptly file a Stipulation for Dismissal with the Court.

WHEREAS this continuance will have no substantial effect on the schedule for this case, which has been resolved.

IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record, that for the convenience of the Court and all Parties, the Case Management Conference set for September 27, 2013 at 10:30 AM shall be continued to **December 20, 2013 at 10:30 AM** in order to permit the Parties sufficient time to finalize the settlement terms and submit a stipulated dismissal.

DATED: September 19, 2013                    BOWMAN AND BROOKE LLP

                                             By:     /s/ Vincent Galvin
                                                 Vincent Galvin
                                                 Lindsey R. Adams
                                                 Attorneys for Defendant and Third-Party
                                                 Plaintiff General Motors LLC

| | | |
|---|---|---|
| 1 | DATED: September 19, 2013 | GARTEISER HONEA, P.C. |
| 2 | | |
| 3 | | By:     /s/ Randall T. Garteiser |
| | | Randall T. Garteiser |
| | | Christopher A. Honea |
| 4 | | Attorneys for Plaintiffs Mark E. Shelby and Beatrice Shelby and Third-Party Defendant |
| 5 | | Susan Shelby |

(Lines 6 through 28 blank)

| | | |
|---|---|---|
| 1 | Vincent Galvin (SBN 104448) | Garteiser Honea, P.C. |
| | Vincent.galvin@bowmanandbrooke.com | Randall T. Garteiser (SBN 231821) |
| 2 | Lindsey R. Adams (SBN 260600) | Christopher A. Honea (SBN 232473) |
| | Lindsey.adams@bowmanandbrooke.com | 44 North San Pedro Road |
| 3 | BOWMAN AND BROOKE LLP | San Rafael, California 94903 |
| 4 | 1741 Technology Drive, Suite 200 | [Tel.] (415) 785-3762 |
| | San Jose, CA  95110 | [Fax] (415) 785-3805 |
| 5 | Telephone No.: (408) 279-5393 | randall.garteiser@sftrialattorneys.com |
| | Fax No.:  (408) 279-5845 | chris.honea@sftrialattorneys.com |

Attorneys for Defendant and Third-Party Plaintiff GENERAL MOTORS LLC

Attorneys for Plaintiffs MARK E. SHELBY and BEATRICE SHELBY and Third-Party Defendant SUSAN SHELBY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK E. SHELBY and BEATRICE SHELBY, an individual,<br><br>                    Plaintiff(s),<br><br>    vs.<br><br>GENERAL MOTORS LLC, and DOES 1 through 10,<br><br>                    Defendant(s). | CASE NO.  CV12-03808-RMW<br><br>**[] ORDER TO CONTINUE<br>CASE MANAGEMENT CONFERENCE** |
| GENERAL MOTORS LLC,<br><br>             Third-Party Plaintiff,<br><br>    vs.<br><br>SUSAN SHELBY, an individual, and ROES 1 through 10, inclusive,<br><br>             Third-Party Defendants. | |

1  The Court, having read the Stipulation of the Parties, and good cause appearing
2  therefore, **IT IS HEREBY ORDERED**:
3  The Case Management Conference set for **September 27, 2013 at 10:30 AM** shall be
4  continued to **December 20, 2013 at 10:30 AM** in order to permit the Parties sufficient time to
5  finalize the settlement terms and submit a stipulated dismissal.
6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September ___, 2013

By: *Ronald M. Whyte*
The Honorable Ronald M. Whyte
UNITED STATES DISTRICT COURT JUDGE