| | |
|---|---|
| Vincent Galvin (SBN 104448) | Garteiser Honea, P.C. |
| Vincent.galvin@bowmanandbrooke.com | Randall T. Garteiser (SBN 231821) |
| Lindsey R. Adams (SBN 260600) | Christopher A. Honea (SBN 232473) |
| Lindsey.adams@bowmanandbrooke.com | 44 North San Pedro Road |
| BOWMAN AND BROOKE LLP | San Rafael, California 94903 |
| 1741 Technology Drive, Suite 200 | [Tel.] (415) 785-3762 |
| San Jose, CA 95110 | [Fax] (415) 785-3805 |
| Telephone No.: (408) 279-5393 | randall.garteiser@sftrialattorneys.com |
| Fax No.: (408) 279-5845 | chris.honea@sftrialattorneys.com |
| | |
| Attorneys for Defendant and Third-Party Plaintiff GENERAL MOTORS LLC | Attorneys for Plaintiffs MARK E. SHELBY and BEATRICE SHELBY and Third-Party Defendant SUSAN SHELBY |

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARK E. SHELBY and BEATRICE SHELBY, an individual, | CASE NO.  CV12-03808-RMW |
| Plaintiff(s), | **[] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| GENERAL MOTORS LLC, and DOES 1 through 10, | |
| Defendant(s). | |
| | |
| GENERAL MOTORS LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| SUSAN SHELBY, an individual, and ROES 1 through 10, inclusive, | |
| Third-Party Defendants. | |

1  The Court, having read the Stipulation of the Parties, and good cause appearing
2  therefore, **IT IS HEREBY ORDERED**:
3  The Case Management Conference set for **December 20, 2013 at 10:30 AM** shall be
4  continued to **February 21, 2014 at 10:30 AM** in order to permit the Parties sufficient time to
5  finalize the settlement terms and submit a stipulated dismissal.
6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7
8  DATED: December FÏ , 2013

9
10  By: *Ronald M. Whyte*
11  The Honorable Ronald M. Whyte
    UNITED STATES DISTRICT COURT JUDGE