1  DOUGLAS B. ALLEN, SBN 99239
   BURNETT, BURNETT, & ALLEN
2  333 WEST SAN CARLOS ST.
   EIGHTH FLOOR
3  SAN JOSE, CALIFORNIA 95110
   PHONE (408) 298-6540
4  FACSIMILE (408) 298-0914
   BURNETTBURNETTALLEN@YAHOO.COM
5
6  Attorneys for Plantiffs LILLIAN LEUNG, KANG MING LEUNG

7  BARRY D. HOVIS
   WALTER J.R. TRAVER
8  MUSICK PEELER & GARRETT LLP
   ATTORNEYS AT LAW
9  601 CALIFORNIA STREET, SUITE 1250
   SAN FRANCISCO, CA 94108-2817
10 PHONE 415-281-2022
   FACSIMILE 415-281-2010
11 w.traver@mpglaw.com

12 Attorneys for Defendant JP MORGAN CHASE BANK, N.A.
13

14 UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, DIVISION
15

| | |
|---|---|
| 16  LILLIAN LEUNG, KANG MING LEUNG, | Case No. 13-CV-03799 RMW |
| 17              Plaintiff, | STIPULATION AND () ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| 18  vs. | |
| 19  JP MORGAN CHASE BANK, N.A., AND DOES 1-10, | Date: February 21, 2014<br>Time: 10:30am |
| 20              Defendants. | The Honorable Ronald M. Whyte<br>Courtroom: 6, 4th Floor |
| 21  _____/ | JURY TRIAL DEMANDED |

22

23    WHEREAS the date for the Case Management Conference, Friday, February 21, 2014, presents

24 a conflict for plaintiff's counsel who is recovering from hip surgery and needs to be continued to Friday,

25 March &%, 2014 at 10:30 am to accommodate plaintiff's counsel

26    THEREFORE COUNSEL FOR THE PARTIES STIPULATE that the date for the Case

27 Management Conference be continued from Friday, February 21, 2014, to Friday, March &%, 2014 at

28 10:30 am.

1  IT IS SO STIPULATED.

2

3  DATED: February 17, 2014          BURNETT, BURNETT, & ALLEN

4
                                    /s/ DOUGLAS B. ALLEN
5
                                    _____
6                                   DOUGLAS B. ALLEN
                                    Attorney for Plaintiffs
7
   DATED: February 17, 2014          MUSICK PEELER & GARRETT LLP
8

9                                   /s/ WALTER J.R. TRAVER

10                                  _____
                                    WALTER J.R. TRAVER
11                                  Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

() Order

The Court, having considered the parties' Stipulation, the documents and records on file with the court, and finding good cause therefore, hereby orders:

The Case Management Conference currently set for February 21, 2014 is continued to March __, 2014.

DATED: 2/19/14

*/s/ Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE