| | |
|---|---|
| Vincent Galvin (SBN 104448)<br>vincent.galvin@bowmanandbrooke.com<br>Lindsey R. Adams (SBN 260600)<br>Lindsey.adams@bowmanandbrooke.com<br>BOWMAN AND BROOKE LLP<br>1741 Technology Drive, Suite 200<br>San Jose, CA 95110<br>Telephone No.: (408) 279-5393<br>Fax No.: (408) 279-5845<br><br>Attorneys for Defendant and Third-Party Plaintiff<br>General Motors LLC | Randall T. Garteiser (SBN 231821)<br>randall.garteiser@sftrialattorneys.com<br>Christopher A. Honea (SBN 232473)<br>chris.honea@sftrialattorneys.com<br>GARTEISER HONEA, P.C.<br>44 North San Pedro Road<br>San Rafael, California 94903<br>Telephone: (415) 785-3762<br>Fax No. (415) 785-3805<br><br>Attorneys for Plaintiffs<br>Mark E. Shelby and Beatrice Shelby and Third-Party Defendant Susan Shelby |

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK E. SHELBY and BEATRICE SHELBY, an individual,<br><br>    Plaintiff(s),<br><br>vs.<br><br>GENERAL MOTORS LLC, and DOES 1 through 10,<br><br>    Defendant(s). | CASE NO. CV12-03808-RMW<br><br>[~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| GENERAL MOTORS LLC,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SUSAN SHELBY, an individual, and ROES 1 through 10, inclusive,<br><br>    Third-Party Defendants. | |

///

///

1 | The Court, having read the Stipulation of the Parties, and good cause appearing
2 | therefore, IT IS HEREBY ORDERED:
3 | The Case Management Conference set for **May 30, 2014 at 10:30 a.m.** shall be
4 | continued to **August 29, 2014 at 10:30 a.m.** in order to permit the Parties sufficient time to
5 | finalize the settlement terms and submit a stipulated dismissal.
6 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
7 |
8 | Dated: _____, 2014

_Ronald M. Whyte_
Honorable Ronald M. Whyte