| | |
|---|---|
| Vincent Galvin (SBN 104448) | Randall T. Garteiser (SBN 231821) |
| vincent.galvin@bowmanandbrooke.com | randall.garteiser@sftrialattorneys.com |
| Lindsey R. Adams (SBN 260600) | Christopher A. Honea (SBN 232473) |
| Lindsey.adams@bowmanandbrooke.com | chris.honea@sftrialattorneys.com |
| BOWMAN AND BROOKE LLP | GARTEISER HONEA, P.C. |
| 1741 Technology Drive, Suite 200 | 44 North San Pedro Road |
| San Jose, CA 95110 | San Rafael, California 94903 |
| Telephone No.: (408) 279-5393 | Telephone: (415) 785-3762 |
| Fax No.: (408) 279-5845 | Fax No. (415) 785-3805 |
| | |
| Attorneys for Defendant and Third-Party Plaintiff | Attorneys for Plaintiffs |
| General Motors LLC | Mark E. Shelby and Beatrice Shelby and Third-Party Defendant Susan Shelby |

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK E. SHELBY and BEATRICE SHELBY, an individual, <br><br> Plaintiff(s), <br><br> vs. <br><br> GENERAL MOTORS LLC, and DOES 1 through 10, <br><br> Defendant(s). | CASE NO. CV12-03808-RMW <br><br> [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| GENERAL MOTORS LLC, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> SUSAN SHELBY, an individual, and ROES 1 through 10, inclusive, <br><br> Third-Party Defendants. | |

/ / /

/ / /

The Court, having read the Stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

The Case Management Conference set for **August 28, 2014 at 10:30 a.m.** shall be continued to **October 31, 2014 at 10:30 a.m.** in order to permit the Parties sufficient time to finalize the settlement terms and submit a stipulated dismissal.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2014



DENIED

Ronald M. Whyte
Judge Ronald M. Whyte

Á
Á
V@Á ædcaÙ• Á @˘ |åÁa^Áŝ Â ĐÏ ĐI Áeoáå^&|ædæeai̯ }Á¢]|æai̯ a̯ *Á @Á̃oÁ@æ Áæà^}ÁFI Á[ }o@ Á[ Áai̯ aqaã^ o@ Á^d^{ ^}dZÌÍÍÁ