| | |
|---|---|
| 1 | Vincent Galvin (SBN 104448) |
|   | Vincent.galvin@bowmanandbrooke.com |
| 2 | Lindsey R. Adams (SBN 260600) |
|   | Lindsey.adams@bowmanandbrooke.com |
| 3 | BOWMAN AND BROOKE LLP |
| 4 | 1741 Technology Drive, Suite 200 |
|   | San Jose, CA  95110 |
| 5 | Telephone No.: (408) 279-5393 |
| 6 | Fax No.:  (408) 279-5845 |
| 7 | Attorneys for Defendant and |
|   | Third-Party Plaintiff |
| 8 | GENERAL MOTORS LLC |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARK E. SHELBY and BEATRICE SHELBY, an individual,

        Plaintiff(s),

  vs.

GENERAL MOTORS LLC, and DOES 1 through 10,

        Defendant(s).

_____

GENERAL MOTORS LLC,

        Third-Party Plaintiff,

  vs.

SUSAN SHELBY, an individual, and ROES 1 through 10, inclusive,

        Third-Party Defendants.

CASE NO.  CV12-03808-RMW

**[] ORDER ON STIPULATION RE DISMISSAL OF PLAINTIFFS' COMPLAINT, WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**

| | |
|---|---|
| 1 | The Court, having read the Stipulation of Dismissal filed by all parties to have |
| 2 | appeared in this action, and finding good cause, |
| 3 | IT IS HEREBY ORDERED that plaintiffs' complaint is dismissed in its entirety |
| 4 | with prejudice as to all plaintiffs' claims, actions and causes of action asserted against |
| 5 | defendant. Each party is to bear its own costs and fees, including, but not limited to, |
| 6 | attorney's fees and expert fees. The Court shall retain jurisdiction over the action for 90 |
| 7 | days following the entry of this Order (unless extended) for the purposes of enforcing |
| 8 | the terms of the parties' settlement agreement. |

**IT IS SO ORDERED.**

DATED: ~~FEDICT~~  

_____
Honorable Ronald M. Whyte