Vincent Galvin (SBN 104448)
Vincent.galvin@bowmanandbrooke.com
Lindsey R. Adams (SBN 260600)
Lindsey.adams@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110
Telephone No.: (408) 279-5393
Fax No.:  (408) 279-5845

Attorneys for Defendant and
Third-Party Plaintiff
GENERAL MOTORS LLC

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARK E. SHELBY and BEATRICE SHELBY, an individual,<br><br>   Plaintiff(s),<br><br>   vs.<br><br>GENERAL MOTORS LLC, and DOES 1 through 10,<br><br>   Defendant(s).<br>_____<br><br>GENERAL MOTORS LLC,<br><br>   Third-Party Plaintiff,<br><br>   vs.<br><br>SUSAN SHELBY, an individual, and ROES 1 through 10, inclusive,<br><br>   Third-Party Defendants. | CASE NO.  CV12-03808-RMW<br><br>**[] ORDER ON STIPULATION RE DISMISSAL OF THIRD PARTY COMPLAINT, WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** |

1  The Court, having read the Stipulation of Dismissal filed by all parties to have
2  appeared in this action, and finding good cause,
3  IT IS HEREBY ORDERED that defendant and third party plaintiff's third party
4  complaint is dismissed in its entirety with prejudice as to all claims, actions and causes
5  of action asserted against third party defendant.  Each party is to bear its own costs and
6  fees, including, but not limited to, attorney's fees and expert fees.  The Court shall retain
7  jurisdiction over the action for 90 days following the entry of this Order (unless
8  extended) for the purposes of enforcing the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

DATED: ~~FILED~~

*Ronald M. Whyte*
Honorable Ronald M. Whyte

2    CASE NO CV12-03808-RMW

[] ORDER ON STIPULATION RE DISMISSAL OF THIRD PARTY COMPLAINT, WITH
PREJUDICE (FRCP 41(a)(1)(A)(ii))
10972352v1